MOLLIE EAGLE, Appellant, *v.* BENJAMIN CHERNEY et al., Respondents.

Submitted February 28, 1955; decided March 3, 1955.

Motion for reargument denied. [See 294 N. Y. 818.]